IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-95-RLV-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| $58,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Request For Special Admission" (Document No. 5) concerning Kerry O'Brien, filed August 25, 2011. Mr. O'Brien seeks special admission to appear as counsel for a claimant in this civil forfeiture matter.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion. The Court notes however that special admission without local counsel is disfavored in this Court, and the Court reserves the right in its discretion to require local counsel at a later time.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. O'Brien is hereby admitted to appear before the Court *specially* on behalf of a claimant in this civil forfeiture matter.

Signed: August 29, 2011

David C. Keesler
United States Magistrate Judge