IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 5:11-CV-95-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $58,000.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| and ) | |
| ) | |
| $800.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Case Management And Discovery Plan" (Document No. 10) filed November 29, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and the record, and noting Claimant's consent, the undersigned will <u>grant</u> the motion. <u>See</u> (Document No. 11).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Case Management And Discovery Plan" (Document No. 10) is **GRANTED**. A Pretrial Order and Case Management Plan for the case will issue shortly.

Signed: December 19, 2011

David C. Keesler
United States Magistrate Judge