# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL NO. 5:11-CV-95-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$58,000.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>and )<br>)<br>$800.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Case Management And Discovery Plan" (Document No. 10) filed November 29, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, and the record, and noting Claimant's consent, the undersigned will grant the motion. See (Document No. 11).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Case Management And Discovery Plan" (Document No. 10) is **GRANTED**. A Pretrial Order and Case Management Plan for the case will issue shortly.

Signed: December 19, 2011

David C. Keesler
United States Magistrate Judge