# United States District Court
# For The Western District of North Carolina
# Statesville Division

UNITED STATES OF AMERICA,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          5:11CV95

$58,000.00 IN UNITED STATES
CURRENCY AND $800.00 IN
UNITED STATES CURRENCY,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2012 Memorandum and Order.

                                         Signed: July 13, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court